IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CRAIG LAMARIO MOSLEY                                                          PETITIONER
REG. #21362-009

V.                                      NO.  2:05CV00089 JWC

LINDA SANDERS, Warden,                                                       RESPONDENT
FCI, Forrest City, AR

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2241 petition for writ of habeas corpus in its entirety, without prejudice.

IT IS SO ORDERED this 28th day of October, 2005.

_____
UNITED STATES MAGISTRATE JUDGE